HARRIET C. McKEEVER, Respondent, v. FRANK B. CAHN and Others, Copartners, etc., Appellants.— Order so far as appealed from unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of HORTENSE T. FRANCISCUS, as Executrix, etc., of GEORGE C. FRANCISCUS, Deceased, as Trustee of LUCIE M. F. McCANDLESS, Deceased, and for a Construction of Paragraph " Sixth " of the Will, and for the Fixation of Attorney's Fees. MAY McCANDLESS and LUCIE MAY LOUGHBOROUGH, Appellants; HORTENSE T. FRANCISCUS, as Executrix, etc., Petitioner, Respondent; ALOIS ULRICH, ELLEN BAYLEY and AMERICAN SURETY Co., Respondents.— Decree so far as appealed from unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer and Dore, JJ.

FANNY HASSON, as Administratrix de Bonis non, etc., of JOSEPH ELFASSY, Deceased, Respondent, v. SOUTH BROOKLYN RAILWAY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

ROSE KASS and SELIG KASS, Respondents, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Determination unanimously reversed, with twenty dollars costs and disbursements in this court and ten dollars costs and disbursements in the Appellate Term, to the defendant, and the motion denied. The affidavits set forth facts sufficient to warrant a trial of the issues. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

GEORGE GARDELLA, Respondent, v. MELVIN ROTHSCHILD, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN DAMIANO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

BROOKS H. MARSH, Appellant, v. RALPH BEAVER STRASSBURGER, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of HARRY T. OWENS and CHARLES C. LOCKWOOD, as Executors, etc., of FLORA E. LANDIS, Also Known as FLORA E. HORN, Deceased. MARY W. BARRET, Legatee, Appellant; HENRY J. HORN, CLARENCE E. HORN, MARY T. SCHNIBBE, CAROLINE V. COLOPY and LILLIAN A. FASULLO, Legatees, Respondents; HARRY T. OWENS and CHARLES C. LOCKWOOD, as Executors, etc., Respondents.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

WILLIAM STEVENS, Appellant, v. COMPAGNIE GENERALE TRANSATLANTIQUE, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.